In the Matter of the Estate of Thekla Haink, Deceased. John C. Glenn, Public Administrator of Queens County, as Administrator of the Estate of Thekla Haink, Deceased, Respondent; Edward H. Bousfield, Appellant.— Orders of the Surrogate's Court, Queens County, dated April 15, 1954, and May 25, 1954, authorizing respondent to contract for the sale of the decedent's real property and ratifying respondent's report and authorizing conveyance of said real property unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *post*, p. 961.]

Lina Kaplan, Appellant, v. City of New York, Respondent, et al., Defendant.— In an action to recover damages for personal injuries, plaintiff appeals from an order denying her motion for a preference on additional papers, pursuant to rule 9 of the Kings County Supreme Court Rules, heretofore denied on January 5, 1954. Order affirmed, without costs. No opinion. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.